**THE RUDD LAW FIRM**
Christopher L. Rudd (SBN 130713)
4650 Sepulveda Blvd., Ste. 205
Sherman Oaks, CA 91403
Tel.: (310) 663-0705
Fax: (310) 388-0321
Email: clrudd@ruddlawla.com

*Attorneys for Plaintiffs*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJA OGBURN, AMBERLYN JOHNSTON, and CAMILLE LAUREL, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHISPERTEXT, INC., a Delaware corporation, and MEDIALAB.AI, INC., a Delaware corporation,<br><br>Defendants. | **CASE NO. 2:20-CV-04124-GW-GJS**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Naja Ogburn, Amberlyn Johnston, and Camille Laurel ("Plaintiffs"), and Defendants Whispertext, Inc. and MediaLab.ai, Inc. ("Defendants") (collectively, the "Parties") jointly notify this Court that they have reached an agreement in principle to settle this matter. To that end, the Parties respectfully request that this Court (1) vacate all pending case deadlines, including response deadlines in respect to Defendants' pending motion for judgment on the pleadings (ECF No. 41) and (2) allow the Parties twenty-one (21) days to finalize their settlement agreement and file a joint stipulated dismissal of the case in its entirety.

Dated: March 8, 2021

Respectfully submitted,

By: /s/ Gary E. Mason
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (SBN 292120)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Ave. NW, Ste. 305
Washington, DC 20016
Tel.: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com
dperry@masonllp.com

Gary M. Klinger (*pro hac vice*)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
Tel.: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

|   |   |
|---|---|
| 1 | Christopher L. Rudd (SBN 130713) |
| 2 | **THE RUDD LAW FIRM** |
|   | 4650 Sepulveda Blvd., Ste. 205 |
| 3 | Sherman Oaks, CA 91403 |
| 4 | Tel.: (310) 663-0705 |
|   | Fax: (310) 388-0321 |
| 5 | clrudd@ruddlawla.com |
| 6 |   |
| 7 | *Attorneys for Plaintiffs and the Proposed Class* |
| 8 |   |
| 9 |   |
| 10 | Dated: March 8, 2021 |
|   | By: */s/ William A. Delgado* |
| 11 | William A. Delgado (SBN 222666) |
| 12 | Jean T. Mooney (SBN 211747) |
|   | **DTO LAW** |
| 13 | 601 S. Figueroa St., Ste. 2130 |
| 14 | Los Angeles, CA 90017 |
|   | Tel.: (213) 335-6999 |
| 15 | Fax: (213) 335-7802 |
| 16 | wdelgado@dtolaw.com |
|   | jmooney@dtolaw.com |
| 17 |   |
| 18 | *Attorneys for Defendants* |

NOTICE OF SETTLEMENT

3

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all parties, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized its filing.

Dated: March 8, 2021                                  */s/ Gary E. Mason*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: March 8, 2021                                  */s/ Gary E. Mason*