**THE RUDD LAW FIRM**
Christopher L. Rudd (SBN 130713)
4650 Sepulveda Blvd., Ste. 205
Sherman Oaks, CA 91403
Tel.: (310) 663-0705
Fax: (310) 388-0321
Email: clrudd@ruddlawla.com

*Attorneys for Plaintiffs*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJA OGBURN, AMBERLYN JOHNSTON, and CAMILLE LAUREL, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHISPERTEXT, INC., a Delaware corporation, and MEDIALAB.AI, INC., a Delaware corporation,<br><br>Defendants. | **CASE NO. 2:20-CV-04124-GW-GJS**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL** |

1   The Court, upon presentation of the Stipulation of Dismissal filed by Plaintiffs Naja Ogburn, Amberlyn Johnston, and Camille Laurel ("Plaintiffs"), and Defendants Whispertext, Inc. and MediaLab.ai, Inc. ("Defendants") (collectively, the "Parties"), orders that the matter is hereby dismissed as follows:

1. All of the claims of each individual Plaintiff in this action shall be dismissed with prejudice;

2. The claims of putative class members shall be dismissed without prejudice; and

3. Each party shall bear its own costs and attorneys' fees, except as outlined in the Parties' Settlement and Release Agreement.

IT IS SO ORDERED this __25th__ day of __March__, 2021.

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE